UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JORGE MUNIZ VACA and MANUEL ARELLANO SEGURA, Individually And On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> INTERNATIONAL THERMOCAST CORPORATION, INTERNATIONAL MARBLE, INC., and MARK A. ANDERSON, <br><br> Defendants. | CIVIL ACTION FILE NO. <br><br> 1:13-cv-00516-WSD |

## [PROPOSED] ORDER

The Parties having moved for Court review and approval of the their Settlement Agreement and Release of Claims ("the Settlement") and it appearing to that the Settlement is a fair and reasonable resolution of the Parties' FLSA dispute; it is **ORDERED** that the Parties' Motion is **GRANTED**, and that the Settlement is approved and incorporated herein. The Court shall retain jurisdiction over this matter until the terms of paragraph 1 of the Settlement Agreement and Release of Claims have been met.

**IT IS SO ORDERED**, this 20th day of August 2013.

-- 1 --

_____
Honorable William S. Duffey, Jr.
U.S. DISTRICT COURT JUDGE